IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| JERREMY RAY | § | |
| v. | § | CIVIL ACTION NO. 5:15cv141 |
| BRAD LIVINGSTON, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ENTERING FINAL JUDGMENT

The Plaintiff Jerremy Ray, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Ray moved to dismiss his lawsuit and the Magistrate Judge issued a Report recommending this motion be granted. No objections have been received. It is accordingly

**ORDERED** the Report of the Magistrate Judge (docket no. 54) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** the Plaintiff's motion to dismiss (docket no. 53) is **GRANTED** and the above-styled civil action is **DISMISSED WITHOUT PREJUDICE**. Finally, it is

**ORDERED** that any and all motions which may be pending in this action are hereby **DENIED.**

**SIGNED** this 16th day of December, 2016.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

1